

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00358-CR

Cristian **YEPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRN001641-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The reporter's record in this appeal was originally due July 31, 2017. Since this time, the various court reporters responsible for preparing their respective parts of the reporter's record have received numerous extensions. Some of them have filed their respective reporter's records. However, court reporters David J. Laurel and Blanca Espericueta have failed to file their respective reporter's records. **Blanca Espericueta claims that she is "waiting" for David J. Laurel.** David J. Laurel has a pending notification of late records. We NOTE his notification.

**We ORDER David J. Laurel to file the reporter's record in Appeal No. 04-17-00358-CR within twenty days of being served a copy of this order. <u>NO EXTENSIONS WILL BE GRANTED.</u>** If **David J. Laurel** fails to file the reporter's record in Appeal No. 04-17-00358-CR as ordered, **David J. Laurel** will be ordered to appear and show cause why he should not be held in civil or criminal contempt or otherwise sanctioned.

<u>We further ORDER the Clerk of this Court to have **David J. Laurel** personally served with a copy of this order. We also ORDER the person who personally serves **David J. Laurel** to file with this Court written proof of the date and time that **David J. Laurel** was served with a copy of this order.</u>

**We ORDER Blanca Espericueta to file the reporter's record in Appeal No. 04-17-00358-CR within twenty days of being served a copy of this order. <u>NO EXTENSIONS WILL BE GRANTED.</u>** If **Blanca Espericueta** fails to file the reporter's record in Appeal No.

04-17-00358-CR as ordered, **Blanca Espericueta** will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned.

We further ORDER the Clerk of this Court to have **Blanca Espericueta** personally served with a copy of this order. We also ORDER the person who personally serves **Blanca Espericueta** to file with this Court written proof of the date and time that **Blanca Espericueta** was served with a copy of this order.

We further ORDER the Clerk of this Court to send a copy of this order to the Honorable Oscar J. Hale, Jr., by first class United States mail. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
Keith E. Hottle
Clerk of Court